

# THE ATTORNEY GENERAL
## OF TEXAS

Grover Sellers
~~XXXXXXXXXXX~~
ATTORNEY GENERAL

AUSTIN, TEXAS

Mr. Shelby K. Long
County Attorney
Beaumont, Texas

Dear Mr. Long:

Opinion No. C-6266

Re: Children of a service man killed
in action are heirs of an ex-service
man, and are entitled to the benefits
of Article 1939e, Vernon's Annotated
Civil Statutes.

Your letter of February 3, 1945, in which you re-
quest us to define what we think the phrase "heirs at law" means
in Article 1939e, Vernon's Annotated Civil Statutes, has been re-
ceived. Your specific inquiry is "whether or not the heirs at
law of men killed in action are entitled to the same services as
those of ex-service men or men who have been in the service and
been released therefrom and dying subsequent thereto."

It is our opinion that heirs at law of the men who
give their lives in defense of their country are heirs at law
of ex-service men.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By /s/ Geo. W. Barcus
Geo. W. Barcus
Assistant

GWB-MR:jrb

Enclosure

APPROVED FEB. 16, 1945
/s/ Carlos C. Ashley
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED OPINION COMMITTEE
BY BWB, Chairman